IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )
v.                              ) No. 15-20078-JPM-dkv
                                )
TREVIS GREEN,                   )
                                )
     Defendant.                 )
```

**ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S [28] MOTION TO SUPPRESS**

Pending before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo, submitted November 9, 2015 (ECF No. 40), recommending that Defendant Trevis Green's Motion to Suppress (ECF No. 28) be denied. Objections to the Magistrate Judge's Report and Recommendation were due by November 23, 2015.

The time period for objections to the Report and Recommendation having expired, and no objections having been filed, it is therefore ORDERED, ADJUDGED, AND DECREED that the Report and Recommendation of the Magistrate Judge is ADOPTED and the Court hereby DENIES Defendant's Motion to Suppress (ECF No. 28).

1

SO ORDERED this 25th day of November, 2015.

                              /s/ Jon P. McCalla
                              JON P. McCALLA
                              UNITED STATES DISTRICT JUDGE